# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**JASHON MOBLEY,**

    **Plaintiff,**

**vs.**                **CASE NO. 4:23-cv-00434-WS-MAF**

**VICTORIA BUTLER,**

    **Defendant.**

_____/

## ORDER VACATING REPORT AND RECOMMENDATION

This Cause comes before the Court upon *sua sponte* review of the case. The docketing of Plaintiff's inmate account statements was inadvertently delayed. ECF No. 9. Thus, the pending Report, ECF No. 8, which recommends dismissal, is due to be vacated.

Accordingly, it is

**ORDERED**:

The pending Report and Recommendation, ECF No. 8, is **VACATED**. This matter will remain pending for further consideration by this Court.

**DONE AND ORDERED** in chambers on December 21, 2023.

                s/ Martin A. Fitzpatrick
                **MARTIN A. FITZPATRICK**
                **UNITED STATES MAGISTRATE JUDGE**