IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASHON MOBLEY,
D.O.C. # U17890,

    Plaintiff,

v.                                                                     4:23cv434–WS/MAF

VICTORIA BUTLER,
OFFICE OF THE ATTORNEY
GENERAL, CONSUMER
PROTECTION DIVISION,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 12) docketed February 8, 2024. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to prosecute and for failure to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the report and

recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 12) is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to prosecute and for failure to comply with a court order.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this   12th   day of   March  , 2024.

                              s/ William Stafford  
                              WILLIAM STAFFORD  
                              SENIOR UNITED STATES DISTRICT JUDGE